UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAN 1 4 2004
LEONARD GREEN, Clerk

No. 02-3033

1:00cv178

BHANUKUMAR C. SHAH,
    Plaintiff - Appellant,

v.

DEACONESS HOSPITAL,
    Defendant - Appellee.

Before: BOGGS, Chief Judge; RYAN, Circuit Judge; ROSEN, District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court for defendant Deaconess Hospital is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

*Leonard Green*

Leonard Green, Clerk