# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 02-3033

Filed: February 5, 2004

BHANUKUMAR C. SHAH

      Plaintiff - Appellant

  v.

DEACONESS HOSPITAL

      Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 1/14/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:  NO COSTS TAXED

Attest:

Filing Fee ...........$
Printing .............$

      Total .........$

_Robin Duncan_
Deputy Clerk